**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 433 WAL 2016
                              :
           Respondent :
                              : Petition for Allowance of Appeal from
                              : the Order of the Superior Court
          v. :
                              :
                              :
SAMUEL RICE, :
                              :
           Petitioner :


## <u>ORDER</u>


**PER CURIAM**

       **AND NOW**, this 13th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.